IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO. 4:11cr31-RH

**JIMMY D. HOWARD,**
        **Defendant.**
_____/

*DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL AND PLEA*

**JIMMY D. HOWARD,** Defendant, moves for a continuance of the trial scheduled in the above-styled cause for September 6, 2011, in Tallahassee, and as grounds therefore states:

1. Defendant appeared in this Court May 19, 2011, and entered a plea of not guilty to the indictment. The Federal Public Defender was appointed to represent him.

2. Defendant has been scheduled to enter a plea of guilty in this case on Friday, September 2, 2011. Consequently, both parties have suspended preparations for the trial scheduled for Tuesday, September 6.

3. Undersigned attorney's daughter is scheduled to give birth in Atlanta later this week and he wishes to be present.

4.. Assistant United States Attorney Karen Rhew-Miller has no objection to this request

5.    This request is made in the interests of justice and is not intended to cause unnecessary delay.

**THEREFORE**, Defendant, **JIMMY D. HOWARD** respectfully requests this Honorable Court grant this request and continue the trial in this matter and reschedule the plea now scheduled for Friday, September 2, until the week of September 6.

>    Respectfully submitted,
>
>    RANDOLPH P. MURRELL
>    Federal Public Defender
>
>
>    *s/William R. Clark, Jr.*
>    William R. Clark Jr.
>    Florida Bar No. 0592897
>    Asst. Fed. Public Defender
>    227 N. Bronough Street, Ste. 4200
>    Tallahassee, Florida 32301
>    (850) 942-8818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic delivery to the Office of Assistant United States Attorney, Karen Rhew Miller, 111 N. Adams Street, 4th Floor, Tallahassee, Florida 32301, this August 31, 2011.

>    *s/William R. Clark, Jr.*
>    WILLIAM R. CLARK, JR.